UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

KENNETH WAYNE ELLER,

    Plaintiff,

    v.

MENDOCINO COUNTY SHERIFF'S OFFICE,

    Defendant.

No. C 15-1905 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In a screening order entered September 11, 2015, the court found that plaintiff had failed to state a claim on which relief could be granted and dismissed the amended complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend have passed and plaintiff has not filed a second amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: October 29 2015.

NANDOR J. VADAS
United States Magistrate Judge